**ORDERED.**

Dated: November 04, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

_____
Space Above this Line for Court Use Only

Vincent R. Mayr     (013954)
**LAW OFFICES OF VINCENT R. MAYR, LTD.**
222 S. Power Rd., Suite # 204
Mesa, Arizona 85206
Phone: (480) 507-0859  Fax: (602) 296-0245
Attorneys for Debtors/Plaintiffs

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| DANIEL G. ESTORGA and SARAH A. ESTORGA | Case No. **2:08-bk-10832-EWH** |
| Debtors. | |
| _____ | Adversary No. 2:09-ap-01104-EWH |
| DANIEL G. ESTORGA and SARAH A. ESTORGA | |
| Plaintiffs, | **JUDGMENT AVOIDING LIEN ON REAL PROPERTY** |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC., and its successors and assigns | |
| Defendant. | |

On August 29, 2009 the Plaintiffs/Debtors, Daniel G. Estorga and Sarah A. Estorga, by and through counsel, filed a Complaint to value the lien of Countrywide Home Loans, Inc. against the property commonly known as 5817 S. 52nd Lane, Laveen, Arizona 85339 and more fully described in Exhibit A hereto, which lien was recorded in Maricopa County, Arizona, on or about June 25, 2007 as document number 000168280206007 (hereinafter the "Lien").

The Court finds that notice of the Complaint upon Lienholder was proper. Lienholder having

failed to file timely opposition to Plaintiffs/Debtors' Complaint, the Court hereby orders as follows:

(1) For purposes of Debtors' Chapter 13 plan only, the Lien is valued at zero. Lienholder Countrywide Home Loans, Inc. Does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This judgment order shall become part of Debtors' confirmed Chapter 13 Plan.

(3) Upon entry of a discharge in Debtors' Chapter 13 case, the Lien shall be void for all purposes and, upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' Chapter 13 case is dismissed or converted to Chapter 7 before Debtors obtain a discharge, this judgment/order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law and, upon application by Lienholder, the Court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this judgment remains in effect.

DATED AND SIGNED ABOVE.

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Daniel & Sarah Estorga, Debtors
5817 S 52nd Lane
Laveen, AZ 85339

RUSSELL A. BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX AZ 85012-1965
::::::

:::::

COUNTRYWIDE HOME LOANS, INC.
C/O CT CORPORATION SYSTEM
(STATUTORY AGENT)
2394 E. CAMELBACK RD
PHOENIX AZ 85016

U.S. TRUSTEE'S OFFICE
230 NORTH FIRST AVE # 204
PHOENIX AZ 85003

EXHIBIT -A-

Legal Description of Real Property Referenced Above

Lot 55, of RIVER WALK VILLAGES - PHASE I, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 543 of Maps, Page 26.